

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. PD-1121-14 & PD-1122-14

**MARCUS LEE JEFFERSON, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIRST COURT OF APPEALS HARRIS COUNTY

**Per curiam. Keasler and Hervey, JJ., dissent.**

## O R D E R

Appellant has failed to file copies of his petition for discretionary review as required by Rule of Appellate Procedure 68.4(j), because the petition does not contain a copy of the opinion of the court of appeals.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: February 4, 2015
Do Not Publish